Ed RAYFORD v. CITY OF MOBILE. (1 Div. 772.) Court of Appeals of Alabama. April 5, 1928.

Saffold Berney, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(116 So. 926)

Ed RAYFORD v. CITY OF MOBILE. (1 Div. 773.) Court of Appeals of Alabama. April 5, 1928.

Saffold Berney, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(111 So. 926)

C. N. REAVIS v. STATE. (8 Div. 471.) (Court of Appeals of Alabama. Feb. 1, 1927.)

J. E. Horton, Judge.

BRICKEN, P. J. Appeal dismissed.

(114 So. 925)

Jess REYNOLDS v. STATE. (6 Div. 232.) Court of Appeals of Alabama. Dec. 13, 1927.

Ernest Lacy, Judge.

SAMFORD, J. Appeal dismissed.

(114 So. 925)

Valley RICE v. STATE. (6 Div. 279.) Court of Appeals of Alabama. Dec. 20, 1927.

Henry B. Foster, Judge.

SAMFORD, J. Affirmed.

(115 So. 925)

Lee ROBINSON v. STATE. (3 Div. 570.) Court of Appeals of Alabama. Jan. 17, 1928.

Walter B. Jones, Judge. C. H. Roquemore, of Montgomery, for appellant. Charlie C. McCall, Atty. Gen., for the State.

RICE, J. Appellant was convicted, generally, under an indictment charging in separate counts the distillation of prohibited liquors, and unlawfully being in possession of a still, etc., to be used for the purpose of distilling prohibited liquors. The court has read the entire evidence, sitting en banc, and, while there are two or three questions raised on the taking of testimony that might otherwise merit attention at our hands, yet, under the view we take, a consideration of them is unnecessary. It is our conclusion that, under the well-known rule laid down in the case of Cobb v. Malone, 92 Ala. 630, 9 So. 738, the trial court should have granted appellant's motion to set aside the verdict of the jury. The evidence might, in some minds, create a suspicion of appellant's guilt; but it is insufficient to support a conviction. Reversed and remanded.

(111 So. 926)

Ex parte A. B. ROGERS. (6 Div. 146.) (Court of Appeals of Alabama. Jan. 11, 1927.)

SAMFORD, J. Petition dismissed.

(116 So. 926)

Ed ROGERS v. CITY OF BIRMINGHAM. (6 Div. 362.) Court of Appeals of Alabama. April 24, 1928.

J. Russell McElroy, Judge.

SAMFORD, J. Affirmed.

(114 So. 925)

W. A. ROMINE v. W. J. DEWBERRY. (8 Div. 576.) Court of Appeals of Alabama. Aug. 2, 1927. Rehearing Dismissed Oct. 4, 1927.

Chas. P. Almon, Judge.

RICE, J. Affirmed.

(118 So. 926)

ROYAL INDEMNITY CO. v. Ike LEVY. (6 Div. 402.) Court of Appeals of Alabama. Nov. 30, 1928.

Richard V. Evans, Judge.

PER CURIAM. Appeal dismissed by consent.

(118 So. 926)

W. F. RUMLEY v. ALABAMA GREAT SOUTHERN R. R. CO. (2 Div. 417.) Court of Appeals of Alabama. Nov. 13, 1928. Benj. F. Elmore, Judge.

SAMFORD, J. Appeal dismissed by appellant.

(114 So. 925)

Joe RUSSELL v. CITY OF TUSCALOOSA. (6 Div. 290.) Court of Appeals of Alabama. Dec. 13, 1927.

Henry B. Foster, Judge.

BRICKEN, P. J. Appeal dismissed.